BRYAN SCHRODER
United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>JESSICA JOYCE SPAYD,<br><br>                Defendant. | No.   3:19-cr-00111-RRB-MMS<br><br>COUNTS 1-3:<br>DISTRIBUTION AND DISPENSING OF A CONTROLLED SUBSTANCE RESULTING IN DEATH:<br>   Vio. of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2<br><br>COUNTS 4-7:<br>DISTRIBUTION AND DISPENSING OF A CONTROLLED SUBSTANCE:<br>   Vio of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>   Vio. of 21 U.S.C. § 853 and R. 32.2(a), Fed. R. Crim. P. |

//

I N D I C T M E N T

The Grand Jury charges that:

COUNTS 1-3

On or about the dates listed below, within the District of Alaska, the defendant JESSICA JOYCE SPAYD, then a nurse practitioner licensed to practice medicine in the State of Alaska, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of, the following controlled substances by writing prescriptions for substances containing a detectable amount of methadone, a Schedule II controlled substance; by writing prescriptions for substances containing a detectable amount of oxycodone, a Schedule II controlled substance; by writing prescriptions for substances containing a detectable amount of hydromorphone, a Schedule II controlled substance; and by writing prescriptions for substances containing a detectable amount of diazepam, a Schedule IV controlled substance.

The below listed deaths resulted from JESSICA JOYCE SPAYD's knowing and intentional distribution and dispensing, and causing the intentional distribution and dispensing of the below listed controlled substances:

//

//

//

| Count | On or About Date Prescription Received | Person | Prescription(s) | On or About Date Prescription(s) Filled | On or About Date of Overdose Death | Drugs Causing Overdose Death |
|---|---|---|---|---|---|---|
| 1 | October 14, 2014 | J.L. | Methadone | October 14, 2014 | October 15, 2014 | Methadone |
| 2 | December 3, 2015 | B.S. | Methadone, Hydromorphone | December 17, 2015 | December 22, 2015 | Methadone |
| 3 | January 25, 2016 | E.K. | Oxycodone, Methadone, Diazepam | January 25-26, 2016 | February 7, 2016 | Oxycodone Methadone Diazepam |

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and (b)(2), and 18 U.S.C. § 2.

COUNTS 3-7

On or about the dates listed below, within the District of Alaska, the defendant JESSICA JOYCE SPAYD, then a nurse practitioner licensed to practice medicine in the State of Alaska, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of, the following controlled substances by writing prescriptions for substances containing a detectable amount of oxycodone, a Schedule II controlled substance:

//
//
//
//

| Count | On or About Date Prescription Received | Person |
|---|---|---|
| 4 | October 31, 2018 | J.E. |
| 5 | May 9, 2019 | J.W. |
| 6 | May 15, 2019 | J.W. |
| 7 | June 13, 2019 | J.W. |

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, JESSICA JOYCE SPAYD, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

//
//
//
//
//
//

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Ryan D. Tansey
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

s/ Frank Russo for
BRYAN SCHRODER
United States Attorney
United States of America

DATE: October 17, 2019