IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>    Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**VERDICT FORM 1** |

We, the Jury, unanimously find the following:

**Question 1.** With respect to the charge in Count 1 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of methadone and oxycodone to J.L. on or about October 14, 2014, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____          Guilty ___✓_____

*If you answered "Guilty" in response to Question 1, proceed to Question 1(a).*

*If you answered "Not Guilty" in response to Question 1, skip Question 1(a) and proceed to the signature line.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Question 1(a).** With respect to Count 1, do you unanimously find that the government proved beyond a reasonable doubt that, on October 15, 2014, J.L. died as a result of the use of any of the controlled substance(s) that the defendant, JESSICA JOYCE SPAYD, unlawfully distributed to her?

No _____     Yes ____✓____

*If you answered "No" in response to Question 1(a), proceed to the signature line.*

*If you answered "Yes" in response to Question 1(a), proceed to the Special Verdict Form and fill out the answer corresponding to this Count.*

Dated this 27th day of October, 2022.

SIGNATURE REDACTED Juror #1
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>                Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**<u>VERDICT FORM 2</u>** |

We, the Jury, unanimously find the following:

**Question 2.** With respect to the charge in Count 2 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of hydromorphone and carisoprodol to K.B. on or about September 10, 2015, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____        Guilty \_\_\_✓_____

*If you answered "Guilty" in response to Question 2, proceed to Question 2(a).*

*If you answered "Not Guilty" in response to Question 2, skip Question 2(a) and proceed to the signature line.*

Page 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Question 2(a).** With respect to Count 2, do you unanimously find that the government proved beyond a reasonable doubt that, on September 11, 2015, K.B. died as a result of the use of any of the controlled substance(s) that the defendant, JESSICA JOYCE SPAYD, unlawfully distributed to her?

No _____ Yes \_\_\_✓_____

*If you answered "No" in response to Question 2(a), proceed to the signature line.*

*If you answered "Yes" in response to Question 2(a), proceed to the Special Verdict Form and fill out the answer corresponding to this Count.*

Dated this 27 day of October, 2022.

\_\_SIGNATURE REDACTED\_\_ Juror #1
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>    Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**<u>VERDICT FORM 3</u>** |

We, the Jury, unanimously find the following:

**Question 3.** With respect to the charge in Count 3 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of methadone and hydromorphone to B.S. on or about December 3, 2015, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____  Guilty \_\_\_\_✓_____

*If you answered "Guilty" in response to Question 3, proceed to Question 3(a).*

*If you answered "Not Guilty" in response to Question 3, skip Question 3(a) and proceed to the signature line.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Question 3(a).** With respect to Count 3, do you unanimously find that the government proved beyond a reasonable doubt that, on December 22, 2015, B.S. died as a result of the use of any of the controlled substance(s) that the defendant, JESSICA JOYCE SPAYD, unlawfully distributed to her?

No _____    Yes___✓_____

*If you answered "No" in response to Question 3(a), proceed to the signature line.*

*If you answered "Yes" in response to Question 3(a), proceed to the Special Verdict Form and fill out the answer corresponding to this Count.*

Dated this 27 day of October, 2022.

SIGNATURE REDACTED Juror #1
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>                Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**<u>VERDICT FORM 4</u>** |

We, the Jury, unanimously find the following:

**Question 4.** With respect to the charge in Count 4 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of oxycodone, methadone, and diazepam to E.K. on or about January 25, 2016, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____     Guilty ___✓_____

*If you answered "Guilty" in response to Question 4, proceed to Question 4(a).*

*If you answered "Not Guilty" in response to Question 4, skip Question 4(a) and proceed to the signature line.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Question 4(a).** With respect to Count 4, do you unanimously find that the government proved beyond a reasonable doubt that, on February 7, 2016, E.K. died as a result of the use of any of the controlled substance(s) that the defendant, JESSICA JOYCE SPAYD, unlawfully distributed to her?

No _____ Yes ___✓___

*If you answered "No" in response to Question 4(a), proceed to the signature line.*

*If you answered "Yes" in response to Question 4(a), proceed to the Special Verdict Form and fill out the answer corresponding to this Count.*

Dated this __28__ day of October, 2022.

SIGNATURE REDACTED _____
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>        Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**<u>VERDICT FORM 5</u>** |

We, the Jury, unanimously find the following:

**Question 5.** With respect to the charge in Count 5 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of fentanyl and oxycodone to L.D. on or about February 20, 2019, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____  Guilty \_\_\_\_✓_____

*If you answered "Guilty" in response to Question 5, proceed to Question 5(a).*

*If you answered "Not Guilty" in response to Question 5, skip Question 5(a) and proceed to the signature line.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Question 5(a).** With respect to Count 5, do you unanimously find that the government proved beyond a reasonable doubt that, on March 2, 2019, L.D. died as a result of the use of any of the controlled substance(s) that the defendant, JESSICA JOYCE SPAYD, unlawfully distributed to him?

No _____    Yes____✓_____

*If you answered "No" in response to Question 5(a), proceed to the signature line.*

*If you answered "Yes" in response to Question 5(a), proceed to the Special Verdict Form and fill out the answer corresponding to this Count.*

Dated this 27 day of October, 2022.

SIGNATURE REDACTED Juror #1
-------------------------------
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>                 Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**VERDICT FORM 6** |

We, the Jury, unanimously find the following:

With respect to the charge in Count 6 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of oxycodone to J.E. on or about October 31, 2018, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____ Guilty \_\_\_✓_____

Dated this 27 day of October, 2022.

                                                            SIGNATURE REDACTED Juror #1
                                                            JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>　　　　　　　Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**VERDICT FORM 7** |

We, the Jury, unanimously find the following:

With respect to the charge in Count 7 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of oxycodone to J.W. on or about May 9, 2019, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____        Guilty ___✓___

Dated this 27th day of October, 2022.

　　　　　　　　　　　　　　　　SIGNATURE REDACTED  Juror #1
　　　　　　　　　　　　　　　　JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>                Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**<u>VERDICT FORM 8</u>** |

We, the Jury, unanimously find the following:

With respect to the charge in Count 8 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of oxycodone to J.W. on or about May 15, 2019, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

    Not Guilty _____        Guilty   ✓

Dated this 27 day of October, 2022.

                                      SIGNATURE REDACTED Juror # 1
                                                JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>            Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**VERDICT FORM 9** |

We, the Jury, unanimously find the following:

With respect to the charge in Count 9 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with the dispensing and distribution of oxycodone to J.W. on or about June 13, 2019, in violation of Section 841(a) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____  Guilty \_\_\_✓_____

Dated this 27 day of October, 2022.

                                      SIGNATURE REDACTED Juror #1
                                      JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JESSICA JOYCE SPAYD,<br><br>                Defendant. | Case No. 3:19-cr-00111-JMK<br><br>**<u>VERDICT FORM 10</u>** |

We, the Jury, unanimously find the following:

With respect to the charge in Count 10 of the Superseding Indictment, charging the defendant, JESSICA JOYCE SPAYD, with maintaining a drug involved premises from on or about January 2014 through in or about October 2019 in violation of Section 856(a)(1) of Title 21 of the United States Code, we find the defendant, JESSICA JOYCE SPAYD:

Not Guilty _____  Guilty \_\_\_✓_____

Dated this \_\_\_ day of October, 2022.

                                      SIGNATURE REDACTED  Juror #1
                                      JURY FOREPERSON

Page 15

Case 3:19-cr-00111-JMK-MMS    Document 320    Filed 10/31/22    Page 15 of 15