Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK 99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| United States of America, | Case No. 3:19-cr-111-JMK |
| Plaintiff, | |
| v. | Motion to Withdraw As Counsel |
| Jessica Spayd, | |
| Defendant. | |

  Pursuant to Local Rule 44.1(b), Mr. Steven M. Wells hereby files this motion to withdraw as counsel for Ms. Spayd.

  Mr. Wells was retained to represent Ms. Spayd through imposition of sentence. The imposition of sentence occurred on June 15, 2023, and the judgment was distributed on June 22, 2023. Mr. Wells thus asks this court to allow him to withdraw from further representation.

DATED this 26th day of June, 2023, at Anchorage, Alaska.

                                      Steven M. Wells, PC
                                      Attorneys for Defendant

                       By:    /s/ Steven M. Wells
                                    Steven M. Wells
                                    ABA #0010066

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served **electronically** this 26th day of June, 2023, on:

All Parties of Record

/s/ Steven M. Wells    .
Steven M. Wells, PC

*United States v. Jessica Spayd*
Case No. 3:19-cr-111-JMK
Motion to Withdraw As Counsel
Page 2 of 2