Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK 99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

United States District Court
District of Alaska

| | |
|---|---|
| United States of America, | Case No. 3:19-cr-111-JMK |
| Plaintiff, | |
| v. | Notice of Appeal |
| Jessica Spayd, | |
| Defendant. | |

 Jessica, defendant, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence imposed in this court on June 15, 2023.

DATED this 26th day of June, 2023, at Anchorage, Alaska.

                                                Steven M. Wells, PC
                                                Attorneys for Defendant

                                   By:    /s/ Steven M. Wells
                                                   Steven M. Wells
                                                   ABA #0010066

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served **electronically** on June 26, 2023.

All Parties of Record

   /s/ Steven M. Wells   .
Steven M. Wells, PC