# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

JESSICA SPAYD,

               Defendant.

Case No. 3:19-CR-00111-MAH-MMS

**ORDER**

     After due consideration, Defendant's Unopposed Motion for Partial Unsealing, ECF 491, is GRANTED. This Court's sealed Order granting a new trial is hereby partially unsealed as follows:

     The parties in *United States v. Charles Lee*, 3:21-cr-00117-SHR, may cite this Court's Opinion and Order Granting a New Trial, provided that any references comply with any protective orders issued in that case.

     DATED September 4, 2025.

                                          MARCO A. HERNÁNDEZ
                                        United States Senior District Judge