[Exhibit D-1, Psychiatric Evaluation by Dr. Charles Samenow, MD, MPH, filed separately under seal].