[Exhibit D-2, Curriculum Vitae of Dr. Charles Samenow, MD, MPH, filed separately under seal].