November 12

To the Honorable Judge Rush
United States District Court for the District of Alaska
c/o Defense Counsel for Jessica Joyce Spayd

Re: United States v. Jessica Joyce Spayd, Case No. 19-cr-00111

Dear Your Honor,

I am writing this character reference letter on behalf of Jessica Joyce Spayd as she faces her upcoming legal proceedings. Having known Jessica for over 20 years both professionally and personally, I have had a unique, long-term vantage point from which to observe her character, her work ethic, and her deep dedication to the community.

Throughout our two decades of acquaintance, Jessica was consistently one of the most caring, conscientious, and professional practitioners I have ever encountered. In her practice, she was a deeply trusting individual whose primary motivation was a genuine desire to alleviate human suffering. Her heart for her patients was undeniable; she frequently provided care to individuals who could not afford to pay, ensuring they were not left to suffer simply due to financial hardship. This was not a career driven by greed or personal gain, but rather a vocation rooted in an earnest, albeit flawed, attempt to help people in severe pain.

In our personal conversations regarding this case, Jessica has openly acknowledged her actions and the gravity of the mistakes she made. However, I can state with absolute certainty that any errors in judgment she committed were never born out of malice, greed, or self-interest. Jessica poses absolutely zero danger to society. She is backed by a deeply devoted family and an extensive network of community support that stands ready to wrap around her, keep her accountable, and help her rebuild.

Thank you for your time, your fairness, and your thoughtful consideration of Jessica's true character as you navigate the next steps in this case.

Sincerely,

Tony Arturo



January 31, 2023

United States District Court
District of Alaska
Honorable Joshua Kindred
222 West 7th Avenue
Anchorage, AK 99513

Re: Jessica J. Spayd

Dear Judge Kindred:

First, I want to apologize if this letter is not in the right format, or the timing is inappropriate. I have never written such a letter before. I hope my failing will not result in this communication being discarded.

I first met Jessica in 2019 when she visited our home in Talkeetna. Since then, I have talked with her on several occasions. I have met her ex-husband, her son [redacted] and for many years, I have known Beau, her companion.

I admire Jessica for her career choice, her devotion to her family and for her decision to dedicate much of her free time to Challenge Alaska. I have a son that is a doctor and I know that those in the medical profession have little free time.

During my conversations with Jessica, I have found her to be compassionate about the plight of her patients. She has chosen a field of medicine which is challenging and not very rewarding financially. Many of her patients have no medical insurance or at best are on Medicare or Medicaid. In Alaska, it is common practice for medical personnel to limit or not accept patients on Federal assistance. I have seen nothing that would suggest that Jessica has lived anything but a relatively frugal lifestyle while I have known her, and she obviously had few assets which were quickly exhausted defending herself during this trial.

I am 76 years old and have probably spoken to and been friends with more than my share of doctors as my wife has had more than a few health issues and we lost a son to cancer. I believe that nearly all the doctors have acknowledged that they have had patients die while in their care. I guess it is almost inevitable in in the health profession. Often, they cite common problems of patients not following their directions, especially in terms of taking medications. I can't help but wonder if Jessica is being held to a higher standard than others in the medical profession.

My father had an addiction problem. He was addicted to smoking and later in life addicted to opioids. He started to take pain medications to relieve the chronic pain from Shingles and a poorly repair broken arm and hip. Like many, he lost control. If some of Jessica's patients were anything like my father, they don't take the dosages written on the bottle very seriously. Pain is the driving force, whether the pain is from the root cause or the addiction itself. Over time and with the support of a caring physician, supporting family, and his commitment to overcoming the illness, he got his opioid addiction under

control. His smoking finally killed him. Without a dedicated support group and a patient committed to recovery, I can only imagine how difficult Jessica's chosen profession has been. What will her patients do now? As stated above, most in the medical profession will not accept her patients for financial reasons. Or perhaps, out of fear, of treating an opioid addicted patient. Will Jessica's patients have few alternatives other than turning to street drugs?

In summary I cannot help but dwell on two questions. Is society better off by putting Jessica in prison for the rest of her life? All I see in Jessica is a kind, generous, and well-educated lady who has given to society through her profession and her free time and who could have more to give. Also, how much of a patient's actions can be laid on the shoulders of a care giver and how much is the responsibility of the patient.

You sir, have an awesome responsibility to provide justice s the law dictates. Please consider this information and thoughts in your deliberation.

Very Respectively,

Gerald B. Shearer

[redacted]

Talkeetna, Alaska [redacted]

Mail: [redacted]

[redacted]

RECEIVED

JAN 09 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

January 3, 2023

United States District Court
District of Alaska
Honorable Joshua Kindred
222 W. 7th Avenue
Anchorage, AK 99513

Re: Jessica J. Spayd

Dear Judge Kindred:

I am writing to you regarding Jessica Spayed. I am aware of her current situation and would like to take a minute of your time to speak on her behalf.

Over the time that I have known Jessica, she has shown me to be a loving and caring mother, daughter and loyal friend. Being a former certified counselor, I have been trained to listen well to others and am a good judge of personal character. I find Jessica to be a warm and caring individual, both personally and professionally. She was passionate about helping her patients and always considered putting their welfare first. She is a loving and responsible mother and daughter. I have met her son and her father and can certainly attest to her dedication to her family.

Locking Jessica away for years and years brings no justice to her former patients, to society, or to her family. She has had only the best of intentions and has acted on behalf of what she felt was the best course of actions for her patients in need.

Very Respectfully,

Kristine Wilson

Kristine Wilson

Hilary Fell
[redacted]
Indian, Alaska [redacted]
[redacted]

21 May 2026

Gretchen Staft
First Assistant Federal Defender
188 W. Northern Lights Boulevard, Suite 700
Anchorage, Alaska 99503

Dear Judge Rash,

My name is Hilary Fell and I am writing regarding Jessica Spayd's character and to request leniency at her upcoming sentencing hearing.

Jessica was my neighbor in Indian Valley and a positive member of the community. She volunteered for years with Challenge Alaska teaching individuals with a variety of mental and/or physical challenges to successfully downhill ski at Alyeska. As a woman of faith, she was always at Mass each Sunday with a welcoming smile. Perhaps most importantly to our family, Jessica was there in our greatest time of need. In 2022, I was battling breast cancer and undergoing chemotherapy. Jessica would not wait till we asked for help, but jumped in and made sure my boys were well taken care of during some of my hardest days. Instead of seeing the hardships that chemo brought to me physically, Jessica took them for short hikes in nature, played countless games of Uno, and fed them nutritious, warm meals. My boys would come running home, breathless and happy, ready to share their adventures for the day before heading to bed. Jessica knew, as a wonderful mother herself, that apart from beating cancer, my main focus was to make sure my boys were as insulated from my cancer battle as possible. She helped make that possible and I will remain forever grateful to her.

Thank you for your time and for taking into consideration what a positive influence Jessica has made through Challenge Alaska and through service to my family.

Respectfully,

Hilary Fell

Hilary Fell

United States District Court
District of Alaska
Honorable Judge Rash
222 West 7th Avenue
Anchorage, AK 99513

May 23, 2026

Re: Jessica J. Spayd

Dear Judge Rash,

I am writing with the hope of Jessica's sentencing to be reduced, and hopefully allow her to remain in Alaska while serving her sentence, where she will be closer to her son, partner, and friends.

I have known Jessica since 2005, and we became personal friends about 11 years ago when our mutual friend died due to ovarian cancer. We both love to ski and spend time outdoors and with friends and family. I have always known her to be a kind, caring, compassionate and intelligent person. Jessica always wanted children and is a devoted mother to her son S[redacted] I suggested that she join Challenge Alaska as a volunteer ski instructor working with special needs children, youth, and adults with me, which she did and was a wonderful addition. We have talked a lot and she was candid about living with bipolar condition, and was trying to figure out how to best live a productive and balanced life.

Jessica Spayd has voluntarily given up her nursing license and will not be issuing any prescriptions from this time forward. Therefore she is not a community risk with respect to issuance of any future opioid prescriptions.

Jessica has no previous criminal record, and she is a faithful member of the Quaker community here in Anchorage. She is a kind and caring person who was trying to help people that no-one else wanted to help. She truly believed she was helping them. She lives a simple life and loves spending time with her son, who is now fifteen years old. It breaks my heart for her to lose her son and for him to lose his mom! I think it would be much better to have her do community service instead of prison time and the community would benefit as well. She has a great capacity to learn and would be able to do whatever work the council sees fit. I sincerely hope you will consider my plea.

Very Respectfully,

Jennifer H. Magee 5/23/2026

Jennifer H Magee,
[redacted]
Anchorage, AK [redacted]